

# NUMBER 13-11-00074-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE THE STATE OF TEXAS,
### EX REL. ARMANDO R. VILLALOBOS,
### COUNTY (DISTRICT) ATTORNEY,
### CAMERON COUNTY, TEXAS

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Per Curiam Memorandum Opinion[1]

Relator, the State of Texas, ex rel. Armando R. Villalobos, County (District) Attorney, Cameron County, Texas, filed a petition for writ of mandamus in the above cause on February 14, 2011, seeking to compel the trial court to vacate its January 19, 2011 order rescinding its previously entered findings of fact and conclusions of law and granting a de novo hearing on a motion to suppress. On February 16, 2011, the State

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

filed a motion to dismiss the petition for writ of mandamus as moot. The Court, having examined and fully considered the motion to dismiss, is of the opinion that the motion should be granted. Accordingly, the petition for writ of mandamus is DISMISSED as moot.

PER CURIAM

Do not publish. See TEX. R. APP. P. 47.2(b).

Delivered and filed the 17th
day of February, 2011.